■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH L. C. MANCINI, Appellant. [658 NYS2d 37] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered April 7, 1995, convicting him of attempted escape in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In sentencing the defendant, the County Court properly considered the defendant's statement made to a State Investigator even though the statement had been suppressed as evidence obtained in violation of *Miranda v Arizona* (384 US 436; *see, People v Williams,* 164 AD2d 1, 6, *mod* 79 NY2d 281, 288; *People v Estenson,* 101 AD2d 687; *People v Wright,* 104 Misc 2d 911, 920-925). Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.